80843/Stip-Dis/JDG/lc

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ARNOLD D. BARBER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:15-cv-10836 |
| LUIS FERNANDEZ, an individual, and FEDERAL EXPRESS CORPORATION, a corporation, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO DISMISS

The parties, by their respective counsel, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice, all matters having been compromised or settled which were alleged or could have been alleged, and each party to bear its own costs.

By: _____
Nicholas A. Rubino, Esq.
Attorney for plaintiff

By: _____
Joel D. Groenewold, Esq.
Attorney for defendants

Joel D. Groenewold, Esq.
KOPKA PINKUS DOLIN PC
200 North LaSalle Street, Suite 2850
Chicago, Illinois 60601-1090
312-782-9920
Fax No. 312-782-9965
Email: jdgroenewold@kopkalaw.com
Attorney No. 6237227