80843/Stip-Dis/JDG/lc

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| ARNOLD D. BARBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-cv-10836 |
| | ) | |
| LUIS FERNANDEZ, an individual, and | ) | |
| FEDERAL EXPRESS CORPORATION, a | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL ORDER

      This cause coming on to be heard upon the Stipulation for Dismissal, with prejudice, the court having examined said Stipulation and being fully advised in the premises, finds that this cause of action has been fully compromised and settled and the parties have stipulated and agreed to dismissal of this cause of action as to all claims with prejudice; and the court further finds that all costs have been paid:

      IT IS THEREFORE ORDERED THAT this cause of action as to all claims of plaintiff against defendants be and the same is hereby dismissed with prejudice and without costs.

      6/15/2016
      ENTER:

      _____
      Judge

Joel D. Groenewold, Esq.
KOPKA PINKUS DOLIN PC
200 North LaSalle Street, Suite 2850
Chicago, Illinois 60601-1090
312-782-9920
Fax No. 312-782-9965
Email:  jdgroenewold@kopkalaw.com
Attorney No. 6237227